# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADERO KING,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | 8:18-CV-585<br><br>ORDER |

The plaintiff has filed a complaint (filing 1) for review of a Social Security disability decision. The plaintiff did not, however, pay the required $400 in court filing and administrative fees, nor did the plaintiff file a motion to proceed *in forma pauperis*—that is, a motion to proceed without prepayment of fees. Accordingly,

IT IS ORDERED:

1. On or before January 10, 2019, the plaintiff shall *either* pay the $400 filing and administrative fees to the Clerk of the Court, *or* file a motion to proceed *in forma pauperis*.

2. The Clerk of the Court shall send the plaintiff a copy of this order along with a copy of Form AO 240, "Application to Proceed in District Court Without Prepaying Fees or Costs."

3.  The Clerk of the Court shall set a case management deadline for January 10, 2019, with the following docket text: "Check for payment of filing fee or IFP motion."

Dated this 21st day of December, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge