IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADERO KING,<br><br>                  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>                  Defendant. | 8:18-CV-585<br><br>MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 6). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis.

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

2. The Clerk of the Court shall send a copy of this memorandum and order together with three summons forms and three copies of Form 285 to the plaintiff for service of process on the United States.

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff. In making such a request, plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the

completed summons forms and copies of the complaint. Without those forms, service of process by the Marshal cannot occur.

4. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 27th day of December, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge

# Notice Regarding Federal Rule of Civil Procedure 4

Federal Rule of Civil Procedure 4(m) requires that a defendant be served with the complaint and a summons. This is to make sure the party you are suing has notice of the lawsuit. Federal Rule of Civil Procedure 4(i) says that to serve process on a United States agency or officer, a party must provide a copy of the summons and complaint to: (1) the U.S. attorney for the district where the action is brought; (2) the U.S. Attorney General at Washington, D.C.; and (3) the United States agency or officer.

In this case, Rule 4(i) means that separate copies of the summons and complaint must be served on: **(1)** the U.S. Attorney for the District of Nebraska; **(2)** the U.S. Attorney General in Washington, D.C.; **and (3)** the Commissioner of the Social Security Administration.

Because you are proceeding in forma pauperis, you may ask the U.S. Marshal to serve process, as described in the Court's order. You can use the addresses below to fill out the Marshal's Form 285. Or, instead, you may choose to serve process yourself. Federal Rule of Civil Procedure 4(c)(2) says that any person who is at least 18 years old and **not a party** may personally serve a summons and complaint. Otherwise, you must use registered or certified mail. You can use the following addresses:

The U.S. Attorney's Office for the District of Nebraska at:

> United States Attorney for the District of Nebraska
> 1620 Dodge Street, Suite 1400
> Omaha, NE 68102-1506
> Attn: Civil Process Clerk

The Attorney General of the United States at:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

The Commissioner of the Social Security Administration has designated the chief counsel for this region to receive process at:

> Office of the Regional Chief Counsel, Region VI
> Social Security Administration
> 1301 Young Street, Ste. A702
> Dallas, TX 75202-5433