IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADERO KING,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>        Defendant. | 8:18-CV-585<br><br>ORDER |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis on appeal (filing 26). The plaintiff's application demonstrates that he is eligible to proceed in forma pauperis.

IT IS ORDERED that the plaintiff's application to proceed in forma pauperis (filing 26) is granted, and his appeal shall be processed without payment of fees.

Dated this 12th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge